# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EARL E. ROBINSON,

    Plaintiff,

v.   Case No: 8:23-cv-846-JSM-TGW

CONTEMPORARY HOUSING
ALTERNATIVES OF FLORIDA INC.,

    Defendant.

## ORDER

The Court has been advised via a Notice of Resolution (Dkt. 17) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of October, 2023.

                                                                    JAMES S. MOODY, JR.
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record